UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS HORTON,

    Movant,                                          Case No. 1:03-CV-78

v.                                                  Hon. Gordon J. Quist

UNITED STATES OF AMERICA,

    Respondent.
                                  /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has before it Magistrate Judge Brenneman's Report and Recommendation issued January 12, 2007, in which he recommended, on remand, that Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be granted and that Movant be permitted to take a delayed appeal. This recommendation was based upon the magistrate judge's finding that Movant instructed his counsel to file an appeal and his counsel failed to do so. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation issued January 12, 2007, is approved and adopted as the Opinion of the Court, and Movant's Motion To Vacate, Set Aside, Or Correct Sentence pursuant to 28 U.S.C. § 2255 (docket no. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Movant is granted a delayed appeal. The Federal Public Defender's Office for the Western District of Michigan, or their designee, is hereby appointed to represent Movant in his appeal.

Dated: February 14, 2007                                    /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                                       UNITED STATES DISTRICT JUDGE